1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**

7

8    SHANE E. O'ROURKE,                    )
                                            )
9            Plaintiff,                     )        Case No. 2:14-cv-00448-APG-GWF
                                            )
10   vs.                                    )        **ORDER**
                                            )
11   STATE OF CALIFORNIA, et al.,           )
                                            )
12           Defendant,                     )
                                            )

13

14          On March 26, 2014, Plaintiff filed an Application to Proceed *in Forma Pauperis* (#1) and

15   attached his Complaint (#1-1) pursuant to 28 U.S.C. § 1915.  The Court denied Plaintiff's

16   application to proceed *in forma pauperis* on May 27, 2014, and gave Plaintiff thirty days to either

17   file an amended application or pay the four hundred dollar filing fee. *See Dkt. #2*.  On June 27,

18   2014, Plaintiff submitted his four hundred dollar filing fee with the Clerk of the Court. *See Dkt.*

19   *#3*.  Accordingly,

20          **IT IS HEREBY ORDERED** that the Clerk of the Court shall file Plaintiff's Complaint

21   (#1-1).  Pursuant to the Federal Rules of Civil Procedure Rule 4(m), Plaintiff must complete

22   service within one hundred twenty (120) days from the date the complaint is filed.

23          **IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon Defendants, or

24   their attorney if they have retained one, a copy of every pleading, motion, or other document

25   submitted for consideration by the court.  Plaintiff shall include with the original paper submitted

26   for filing a certificate stating the date that a true and correct copy of the document was mailed to the

27   . . .

28   . . .

1   Defendant or their counsel.  The court may disregard any paper received by a district judge,

2   magistrate judge, or the Clerk which fails to include a certificate of service.

3        DATED this 30th day of June, 2014.

4

5   _____

    GEORGE FOLEY, JR.

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28